# Court of Appeals
# of the State of Georgia

ATLANTA,  March 18, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1526.  JONATHAN GERSTEMEIER v. THE STATE.**

In 2013, Jonathan Gerstemeier pled guilty to sexual exploitation of children, and the trial court sentenced him to eight years of probation.  In October 2019, the trial court revoked six months of Gerstemeier's probation after he admitted that he violated the conditions of his probation when he was convicted of a new offense.  Gerstemeier then filed this direct appeal.  We lack jurisdiction.

An appeal from an order revoking probation must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (5), (b); see *Andrews v. State*, 276 Ga. App. 428, 430-431 (1) & n. 3 (623 SE2d 247) (2005).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Gerstemeier's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  03/18/2020*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*